```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 42506
   ALONZO M CARR SR
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-9325
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/16/04 and confirmed on 01/07/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  13162.50 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICREDIT FINANCIAL | SECURED | 5500.00 | 494.59 | 5500.00 |
| CAINE & WEINER | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | FILED LATE | .00 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 840.00 | .00 | 134.46 |
| DEVRY INC | UNSECURED | 1199.59 | .00 | 192.02 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 943.49 | .00 | 151.04 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| GOTTLIEB MEMORIAL HOSPIT | UNSECURED | 1187.81 | .00 | 172.47 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KAPLAN COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE IMAGING SPECIALIS | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED - C | 3645.69 | .00 | 296.40 |
| RADIOLOGY CONSULTANT LTD | UNSECURED | NOT FILED | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 11271.39 | .00 | 1804.31 |
| AMERICREDIT FINANCIAL | UNSECURED | 6313.86 | .00 | 1010.71 |

            Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 5500.00 | .00 | 21756.14 | 3645.69 | 30901.83 |
| PRINCIPAL PAID | 5500.00 | .00 | 3465.01 | 296.40 | 9261.41 |
| INTEREST PAID | 494.59 | .00 | .00 | .00 | 494.59 |
| TOTAL PAID | 5994.59 | .00 | 3465.01 | 296.40 | 9756.00 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $    544.00 .

Refunds to the Debtor totaled $    162.50 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 42506 ALONZO M CARR SR